■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO BAEZ, Appellant. [616 NYS2d 999] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered May 12, 1992, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was deprived of a fair trial because the court failed to instruct the jury that evidence of flight is weak evidence of guilt is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, even assuming arguendo, that the court should have given such a charge *sua sponte,* the failure to do so was not so prejudicial as to warrant a reversal of the conviction in the exercise of our interest of justice jurisdiction, especially in light of the overwhelming evidence against the defendant.

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Lawrence, Pizzuto and Friedmann, JJ., concur.